UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWOLEI CHEA, on behalf of herself, and all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. 4:14-cv-00020-HSG<br><br>**ORDER GRANTING DEFENDANT BEST BUY STORES, L.P.'S REQUEST FOR COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Civ. L.R. 16-10(a)]<br><br>Date:  March 25, 2015<br>Time:  2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 15 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 4:14-cv-00020-HSG

(PROPOSED) ORDER

DB2/ 25784531.1

## ORDER

Having considered Defendant Best Buy Stores, L.P.'s request for counsel to participate in the Case Management Conference scheduled for March 25, 2015 at 2:00 p.m. by telephone ("Request"), it is HEREBY ORDERED that the Request is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  March 13, 2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. District Judge

Case No. 3:14-cv-00020-HSG
(PROPOSED) ORDER

DB2/ 25784531.1