# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA WOLEI CHEA, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1-50 inclusive,<br><br>　　　　*Defendants*. | Case No. 14-cv-00020-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Civ L.R. 16-10(a)]<br><br>Date:　March 25, 2015<br>Time:　2:00 p.m.<br>Judge:　Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 15 |

[PROPOSED] ORDER

**ORDER**

Having considered Plaintiff's request for counsel to participate in the Case Management Conference scheduled for March 25, 2015 at 2:00 p.m. by telephone ("Request"), it is HEREBY ORDERED that the Request is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  March 16, 2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. District Judge