1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWOLEI CHEA, on behalf of herself, and all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 4:14-cv-00020-HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41** |

1     After consideration of the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule
2 of Civil Procedure 41, the Court hereby ORDERS as follows:
3     1.   This action be dismissed pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(ii) as follows:
5         a.   All individual and PAGA claims brought by Plaintiff on her own behalf
6              against Defendant are dismissed with prejudice, each side to bear their own
7              costs and attorneys' fees;
8         b.   All claims brought herein on behalf of others, including claims brought
9              against Defendant in a representative capacity on behalf of others pursuant
10             to PAGA, are dismissed without prejudice, each side to bear their own
11             costs and attorneys' fees.
12 IT IS SO ORDERED.

Dated: June 5, 2015                                   *Haywood S. Gill, Jr.*
                                                      UNITED STATES DISTRICT JUDGE